PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Michael Fitzgerald Hall**                                Case Number: **1:01CR00036**

Name of Sentencing Judicial Officer:     **The Honorable S. Arthur Spiegel**
                                          **United States Senior District Judge**

Date of Original Sentence: **November 15, 2001**

Original Offense: **Felon in Possession of a Firearm, in violation of 18 USC §§ 922(g)(1) and 924(a)(2), a class C felony.**

Original Sentence: **60 months BOP confinement, 3 years supervised release**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **September 2, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **New Law Violation:** |

On July 29, 2006, a warrant was issued for Hall's arrest on the charge of Burglary. On July 30, 2006, Hall turned himself into the Cincinnati Police on the warrant. On August 8, 2006, Hall was indicted by the Hamilton County, Ohio Grand Jury on the charge of Burglary, a 4th degree felony carrying a maximum penalty of 18 months confinement.

The complaint alleges, in the early morning hours of July 28, 2006, Hall broke into the residence of Larry Anderson, a long time friend of Hall's while Anderson was in the residence sleeping. Hall asked Anderson for $200, and Anderson refused and told Hall he was calling the police, so Hall immediately left the residence and fled. No items were stolen, and the only damage to the residence was a broken window.

**U.S. Probation Officer Action:**

This officer learned of the situation through Hall leaving a message that he was turning himself in on a charge. A record check revealed the circumstances behind the charge. On August 8, 2006, this officer spoke with the victim in this new case, who again is a life-long friend of Hall's and who is a drug counselor. Mr Anderson stated Hall had relapsed earlier in the month and was on a heavy binge of cocaine usage. He stated he does not want to see Hall go to jail for the offense, but rather get the help he needs. Mr. Anderson stated there is a bed space for Hall at his residential drug program, a program called Starting Over once Hall is released from confinement. Hall remains in custody having not made bond on the new charge.

PROB 12A
(12/98)

2

This officer is respectfully recommending the Court take no action at this time to allow for the case to be prosecuted

Respectfully submitted,                                        Approved,

by *[signature]*                                               by *[signature]*
Robert C. Frommeyer Jr.                                        John Cole
Senior U. S. Probation Officer                                 Supervising U. S. Probation Officer
Date:    **August 9, 2006**                                    Date:    **August 9, 2006**

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

8/15/06
Date