PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Michael Fitzgerald Hall**  Case Number: **1:01CR00036**

Name of Sentencing Judicial Officer:  **The Honorable S. Arthur Spiegel**
**United States Senior District Judge**

Date of Original Sentence: **November 15, 2001**

Original Offense: **Felon in Possession of a Firearm, in violation of 18 USC §§ 922(g)(1) and 924(a)(2), a class C felony.**

Original Sentence: **60 months BOP confinement, 3 years supervised release**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **September 2, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **New Law Violation:** |

On July 29, 2006, a warrant was issued for Hall's arrest on the charge of Burglary. On July 30, 2006, Hall turned himself into the Cincinnati Police on the warrant. On August 8, 2006, Hall was indicted by the Hamilton County, Ohio Grand Jury on the charge of Burglary, a 4th degree felony carrying a maximum penalty of 18 months confinement. On October 11, 2006, Hall entered a plea of no contest to the charge, and was found guilty.

The complaint alleges, in the early morning hours of July 28, 2006, Hall broke into the residence of Larry Anderson, a long time friend of Hall's while Anderson was in the residence sleeping. Hall asked Anderson for $200, and Anderson refused and told Hall he was calling the police, so Hall immediately left the residence and fled. No items were stolen, and the only damage to the residence was a broken window.

**U.S. Probation Officer Action:**

This officer learned of the situation through Hall leaving a message that he was turning himself in on a charge. A record check revealed the circumstances behind the charge. On August 8, 2006, this officer spoke with the victim in this new case, who again is a life-long friend of Hall's and who is a drug counselor. Mr Anderson stated Hall had relapsed earlier in the month and was on a heavy binge of cocaine usage. He stated he does not want to see Hall go to jail for the offense, but rather get the help he needs. Mr. Anderson is the assistant director of a residential drug program, and offered a bed to Hall to get help. On September 4, 2006, Hall was released on bond, and did relapse again. He and his girlfriend had trouble and the relationship fell apart.

PROB 12A
(12/98)

2

After a conversation with Mr. Anderson on September 7, 2006 this officer was able to get Hall into the program that day. Since that time, Hall has been attentive to his responsibilities in the program and has been abstinent from usage of drugs. He also participated in the psychiatric evaluation, and was found to be suffering from major depression, and was prescribed medication. Hall has been taking the medication as prescribed and there has been marked improvement in his mental state to date.

As mentioned above, Hall pled no contest to the charge, based on a plea agreement that he would receive probation. The Hamilton County Common Pleas Court ordered a presentence investigation and a River City evaluation. River City is a locked long term residential treatment facility operated by Hamilton County. If accepted, River City would provide Hall with an even higher level of care.

This officer is respectfully recommending the Court take no action based on the victim's request and Hall's participation in a residential substance abuse treatment program.

Respectfully submitted,                Approved,

by _____        by _____
Robert C. Frommeyer Jr.                   John Cole
Senior U. S. Probation Officer            Supervising U. S. Probation Officer
Date:    **October 23, 2006**              Date:  10/23/06

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

10/25/06
Date