CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                    Case 1:01cr36

vs

MICHAEL HALL

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:            Or        digital recording TB080505-132546
Date:            5/5/08 @ 1:30

Attorney for USA:        Tim Oakley
Attorney for Defendant:    Federal Public Defender James Manis

✓ Initial appearance held. Defendant informed of rights and charges.

___ Case continued for Probable Cause Hearing ___ Detention Hearing ___
    on _____
✓ Probable cause hearing held/(Waived). Defendant to appear before District Judge SPIEGEL for Probation Violation/supervised release hearing.

___ Probable cause found / not found

✓ Defendant DETAINED pending hearing.
___ Defendant RELEASED on _____ bond

___ Order APPOINTING counsel  FPD

Remarks:
_____
_____
_____

FILED JAMES BONINI CLERK
08 MAY -5 PM 1:44
U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI