AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ OHIO

UNITED STATES OF AMERICA

V.

MICHAEL FITZGERALD HALL

**WARRANT FOR ARREST**

Case Number: 1:01-CR-00036

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MICHAEL FITZGERALD HALL _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☑ Supervised Release Violation  ☐ Violation Notice

charging him or her with (brief description of offense)

SEE ATTACHED PETITION

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☑ in violation of the conditions of his or her supervision imposed by the court.

| JAMES BONINI | *signature* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK (By: Kevin Moser, Deputy Clerk) | 04/15/2008        Cincinnati, Ohio |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at
Arrested by Cincinnati Police on Federal warrant for Supervised release violation.

| DATE RECEIVED 5/2/08 | NAME AND TITLE OF ARRESTING OFFICER Brian Hilsinger Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER *signature* DUSM (4013) |
|---|---|---|
| DATE OF ARREST 4/23/08 | | |

AO 442    (Rev. 08/07) Warrant for Arrest (Page2)

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: **MICHAEL FITZGERALD HALL**

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____