AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

                                          Case Number:   1:01-cr-00036

            V.

MICHAEL FITZGERALD HALL               Senior District Judge S. Arthur Spiegel

## NOTICE

       **TAKE NOTICE** that the SUPERVISED RELEASE REVOCATION HEARING (FINAL) in this case has been **RESET FROM 5/28/08** to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse | Courtroom #4, Room 842 |
| 100 East Fifth Street | **DATE AND TIME** |
| Cincinnati, Ohio 45202 | JUNE 4, 2008 at 10:00 AM |

                                       JAMES BONINI, CLERK

                                       s/Kevin Moser
                                       Kevin Moser
                                       Courtroom Deputy
                                       (513) 564-7620

cc: Tim Oakley, Esq., AUSA      James Maus, Esq.      USMS      Probation      Pretrial Services

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.