UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | U.S. Atty: | Tim Oakley, Esq. **(KARL KADON, ESQ.- FOR)** |
| v. | : | Case Number: | 1:01-cr-00036 |
| MICHAEL FITZGERALD HALL | : | Deft Atty: | James Maus, Esq. |

**CRIMINAL MINUTES: SUPERVISED RELEASE/PROBATION REVOCATION HEARING**

Defendant appeared with counsel.

Defendant __X__ ADMITS to violations of conditions of supervision; or

_____ was found in violation of conditions of supervision by the Court after denial of guilt

__X__ Supervised Release/Probation REVOKED by the Court. Defendant sentenced as follows:

__X__ JAIL: __11__ MONTHS

    Conditions: _____

    Recommendations: **MENTAL HEALTH TREATMENT WHILE INCARCERATED.**

_____ Closest appropriate facility to _____

__X__ SUPERVISED RELEASE/PROBATION: __1__ MONTHS/**YEARS**

    Conditions:

_____ Defendant shall not commit another federal, state or local crime

_____ Defendant shall not illegally possess a controlled substance

_____ Defendant shall refrain from any unlawful use of a controlled substance, and shall submit to one drug test within 15 days of placement on Supervised Release/Probation and at least two periodic drug tests thereafter, as directed by the Probation Officer

_____ Defendant shall not possess a firearm, ammunition, or any other dangerous weapon

_____ Defendant shall cooperate in the collection of DNA, as directed by the Probation Officer

_____ Defendant shall comply with the standard conditions that have been adopted by this Court

_____ As a condition, the defendant shall pay any unpaid monetary penalties

_____ Defendant is prohibited from opening any new lines of credit or from making purchases on any existing lines of credit until fine and/or restitution is paid in full.

_____ Defendant shall disclose financial information as requested by the Probation Officer

_____ Defendant shall undergo a substance abuse and/or mental health assessment and comply with with any recommended treatment

_____ Other: _____

Custodial Status: __X__ Remanded to Custody    Voluntary Surrender to designated facility no later than: _____ at 12:00 Noon

Judge: **S. Arthur Spiegel**      Courtroom Deputy: Kevin Moser

Date: June 4, 2008      Court Reporter: Jodie Perkins (Official)

Time Start: __10:05 AM__    Time Stop: __10:20 AM__